# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE RUBEN SALLNAS-RANGAL | ) Case No. | |
| | ) | 15-MJ-4025 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 15 2015

DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 21, 2014__ in the county of __Sumner__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 1073 | Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See attached statement.

☑ Continued on the attached sheet.

_____
Complainant's signature

Charlie E. Harris, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/15/2015

_____
Judge's signature

City and state:  Nashville, Tennessee

John S. Bryant, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Charlie E. Harris, being duly sworn on oath, states as follows:

1. I am a Police Officer with the Gallatin Police Department of Sumner County, Tennessee and have been so employed for seventeen(17) years.

2. I am presently assigned to the FBI Violent Crimes Task Force, Middle District of Tennessee. I have been deputized as a Special Federal Officer by the United States Department of Justice, Federal Bureau of Investigation. I am generally responsible for investigating violations of federal laws, including violations involving unlawful flight in interstate commerce to avoid state felony prosecution, in violation of Title 18, United States Code 1073.

3. This affidavit is submitted in support of an application for a criminal complaint charging **JOSE RUBEN SALLNAS-RANGAL, DOB 11/16/1991**, with traveling in interstate commerce from Gallatin, Tennessee, with the intent to avoid state prosecution for a felony under the laws of the State of Tennessee.

4. All of the information contained in this affidavit is the product of either my own observations and investigation, or has been provided to me by other law enforcement authorities whom I believe to be reliable.

5. On September 21, 2014, **JOSE RUBEN SALLNAS-RANGAL**, was charged with Rape of a Child in violation of TCA 39-13-522, and an arrest warrant was issued. The crime is alleged to have taken place in Gallatin, Sumner County, Tennessee. The charge against **JOSE RUBEN SALLNAS-RANGAL** is a felony under the laws of the State of Tennessee, punishable by a minimum term of imprisonment of 25 years and a maximum of life.

6. Since the issuance of the warrant for **JOSE RUBEN SALLNAS-RANGAL**, he has avoided apprehension and remains at large. The Gallatin Police Department and the FBI Violent Crimes Task Force have determined through investigation that **JOSE RUBEN SALLNAS-RANGAL** has departed the State of Tennessee, possibly enroute to Mexico for the purpose of avoiding prosecution. Specifically, on September 21, 2014, **JOSE RUBEN SALLNAS-RANGAL** purchased a bus ticket on Tornado Bus Lines, traveling from Nashville, TN to Queretaro, Mexico. The records of Tornado Bus Lines confirm that **JOSE RUBEN SALLNAS-RANGAL** boarded the bus and checked baggage.

7. Sgt Christopher Shockley, Gallatin Police Department, Sumner County, Tennessee, has advised affiant that Gallatin Police Department will make arrangements to extradite **JOSE RUBEN SALLNAS-RANGAL** should he be apprehended within the United States.

8. Based on the foregoing, I believe that **JOSE RUBEN SALLNAS-RANGAL** has fled the State of Tennessee, and therefore traveled in interstate commerce with the intent to avoid prosecution by the State of Tennessee for the felony charges that are pending against him.

Further the Affiant sayeth not.

_____
CHARLIE E. HARRIS
Special Federal Officer
FBI Violent Crimes Task Force